# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**STEPHANI PELOQUIN**                                                         **PLAINTIFF**

v.                            **Case No. 4:21-cv-01153-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                          **DEFENDANT**

## ORDER

Before the Court is the Recommended Disposition ("Recommendation") submitted by United States Magistrate Judge J. Thomas Ray (Dkt. No. 11). No objections to the Recommendation have been filed, and the time for filing objections has passed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted in its entirety as this Court's findings in all respects. The final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for further proceedings.

It is so ordered this the 6th day of March, 2023.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge