IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**STEPHANI PELOQUIN**  **PLAINTIFF**

v.  Case No. 4:21-cv-01153-KGB

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**  **DEFENDANT**

## JUDGMENT

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that the final decision of the Commissioner of the Social Security Administration is reversed, and this case is remanded for further proceedings.

So adjudged this 6th day of March, 2023.

_____
Kristine G. Baker
United States District Judge