## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**STEPHANI PELOQUIN**                                                                       **PLAINTIFF**

**v.**                                        **Case No. 4:21-cv-01153-KGB**

**COMMISSIONER,**
**SOCIAL SECURITY ADMINISTRATION**                                          **DEFENDANT**

## ORDER

Before the Court is plaintiff Stephani Peloquin's motion for award of attorney's fees and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 16). The EAJA authorizes the payment of attorney's fees and expenses to a prevailing party that meets certain financial eligibility requirements. *See* 28 U.S.C. § 2412(d)(1)(A). The Commissioner of Social Security has responded and does not object to an award of attorney's fees and expenses pursuant to the EAJA (Dkt. No. 19). The Commissioner of Social Security represents that, after discussion, the parties have agreed to an award of fees and expenses under the EAJA in the amount of $4,515.83 (*Id.*).

For good cause shown, the Court grants Ms. Peloquin's motion (Dkt. No. 16). After review of the record, the Court finds that Ms. Peloquin is entitled to attorney's fees under 28 U.S.C. § 2412(d)(1)(A) and that the hours spent by counsel working on this matter are reasonable. The Court therefore approves an award of attorney's fees and costs in the amount of $4,515.83, per the parties' agreement (Dkt. No. 19). The EAJA fee award shall be made payable to Ms. Peloquin, in the care of and mailed to her counsel of record, Howard D. Olinsky but subject to any applicable offsets for pre-existing debt owed to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 589 (2010) (holding that an award of fees under the EAJA is payable to the litigant and is therefore subject to a government offset to satisfy the litigant's pre-existing debt to the United States). The Commissioner of Social Security shall certify this award.

It is so ordered this the 20th day of July, 2023.

_Kristine G. Baker_
Kristine G. Baker
United States District Judge